# UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

## MEMORANDUM

| | | |
|---|---|---|
| **DATE:** | December 15, 2005 | RECEIVED in Chambers of: U.S. District Judge DORA L. IRIZARRY |
| **TO:** | Honorable Dora Lizette Irizarry<br>United States District Judge | JAN - 3 2006 |
| **RE:** | George Martinez<br>05-CR-569-1<br>Violation of Conditions of Release | |

This defendant was arrested on July 18, 2005, and charged with Importation of Heroin. At that time a temporary order of detention was issued. On July 19, 2005, Mr. Martinez appeared again before Magistrate Judge Azrack for a detention hearing and was released on a $150,000 unsecured bond and ordered to participate in Pretrial Services' Special Options Services (SOS) Program. The program's conditions include: in-person and telephone reporting as directed, participation in educational and vocational programs as directed, random drug testing and treatment as necessary, participate in mental health treatment as needed, random home and employment visits, adhere to a 9pm curfew, no contact with any known criminals or others engaging in criminal activity, and travel restrictions to New York City. Additionally, the defendant is required to reside with his mother and brother at 5541 Myrtle Avenue, Apt 1, Ridgewood, New York 11385.

We are now writing to advise Your Honor that the defendant has again violated his conditions of release. Specifically, on December 6, 2005, a drug test was administered and returned positive for the presence of marijuana. Prior to taking the drug test, the defendant admitted drinking over the weekend and became so intoxicated that he did not remember if he used any illicit substances. He informed that the experience coupled with the treatment groups he is attending, has made him realized that he needs to change his lifestyle. It is significant to note this is our third memorandum advising Your Honor of continued drug use. The defendant is presently engaged in treatment with CSEDNY and attends group sessions once weekly.

NCIC and local record checks conducted on December 15, 2005, reflect no new arrest for this defendant. Mr. Martinez has otherwise been compliant. He is attending GED classes and a Co-Op program where he will learn a trade.

Since this is our third memorandum advising of continued drug use, we would respectfully request that a bail violation hearing be scheduled to address this matter. Both the Assistant United States Attorney and defense counsel have been furnished with copies of this memorandum. We will continue to monitor this defendant closely and notify the Court of any further violations.

Should Honor require any additional information, please feel free to contact Officer Amina Adossa-Ali at 718-260-2318.

Prepared by: _____  Approved by: _____
Amina Adossa-Ali                         Daisy Toscano
U.S. Pretrial Services Officer           Supervising Pretrial Services Officer

cc   Evan Williams, AUSA
     Deborah Colson, Defense Counsel

Application granted. A bail violation hearing will be held on Monday, January 9, 2006 at 3:00 PM.

So Ordered.
Dated: Brooklyn, NY
       January 6, 2006                   _____
                                         USDJ